UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024
```

FRANCOIS MALHERBE, et al.

                        Plaintiffs,

-against-

OSCAR GRUSS & SON, INC.,

                        Defendant.

1:21-cv-10903 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of the parties' joint letter informing the Court that the case is scheduled for a settlement conference before Magistrate Judge Cott on March 11, 2024. [ECF No. 79]. Accordingly, IT IS HEREBY ORDERED that the status conference scheduled for February 26, 2024 is hereby adjourned *sine die*. IT IS FURTHER ORDERED that the parties are directed to file a joint letter on the docket within three days of the settlement conference advising the Court of the status, not substance, of settlement.

**SO ORDERED.**

Dated: February 22, 2024
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1