USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCOIS MALHERBE, et al.,

                          Plaintiff,

-against-

OSCAR GRUSS & SON, INC.,

                          Defendant.

21-CV-10903 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of Plaintiffs' letter-motion for a Local Rule 37.2 conference (Dkt. No. 112) and Defendant's letter response (Dkt. No. 113).

      It is hereby ORDERED that counsel for all parties shall appear for a conference over Microsoft Teams on **Friday, May 24, 2024, at 11:00 a.m.**  The Microsoft Teams meeting ID is: **288 751 038 525**.  The passcode is: **UmhEL2**.  All counsel should familiarize themselves with Rule II(A)(2) of the Court's Individual Rules & Practices for procedures related to video conferences.

Dated:  May 23, 2024
         New York, New York

                                                        SO ORDERED.

                                                         MARGARET M. GARNETT
                                                         United States District Judge