UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCOIS MALHERBE, et al.,

                  Plaintiffs,

-against-

OSCAR GRUSS & SON, INC.,

                  Defendant.

21-CV-10903 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2024

MARGARET M. GARNETT, United States District Judge:

      As discussed, and for the reasons stated, at the May 24 conference, it is hereby ORDERED that Defendant shall deliver a hard copy of the 19 documents at issue, *see* Dkt. No. 112 at 1, to the Court no later than **May 29, 2024**. It is further ORDERED that the briefing schedule on the parties' cross-motions for summary judgment is STAYED pending the resolution of whether Defendant must produce any of the aforementioned documents to Plaintiffs.

Dated: May 28, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge