UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCOIS MALHERBE, ET AL.,

Plaintiffs,

-against-

OSCAR GRUSS & SON INC.,

Defendant.

21 CIVIL 10903 (MMG)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated August 3, 2026, Plaintiffs' motion for summary judgment is GRANTED and Gruss's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
August 5, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**